# EXHIBIT 1

Enrolled Copy     S.B. 89

1   **SOCIAL MEDIA MODIFICATIONS**
2   2024 GENERAL SESSION
3   STATE OF UTAH
4   **Chief Sponsor: Kirk A. Cullimore**
5   House Sponsor: Jordan D. Teuscher

7   **LONG TITLE**
8   **General Description:**
9       This bill changes when the provisions of the Utah Social Media Regulation Act become
10   effective.
11   **Highlighted Provisions:**
12       This bill:
13       ▸ delays the effective date for provisions of the Utah Social Media Regulation Act
14   applicable to social media companies from March 1, 2024, to October 1, 2024.
15   **Money Appropriated in this Bill:**
16       None
17   **Other Special Clauses:**
18       This bill provides a special effective date.
19   **Utah Code Sections Affected:**
20   AMENDS:
21       **13-63-102**, as enacted by Laws of Utah 2023, Chapter 498
22       **13-63-103**, as enacted by Laws of Utah 2023, Chapter 498
23       **13-63-104**, as enacted by Laws of Utah 2023, Chapter 498
24       **13-63-105**, as enacted by Laws of Utah 2023, Chapter 498
25       **13-63-301**, as enacted by Laws of Utah 2023, Chapter 498
26       **13-63-401**, as enacted by Laws of Utah 2023, Chapter 477
27       **13-63-501**, as enacted by Laws of Utah 2023, Chapter 477

29   *Be it enacted by the Legislature of the state of Utah:*

58         (d) establish processes or means to confirm that a parent or guardian has provided
59 consent for the minor to open or use an account as required under this section;
60         (e) establish requirements for retaining, protecting, and securely disposing of any
61 information obtained by a social media company or its agent as a result of compliance with the
62 requirements of this chapter;
63         (f) require that information obtained by a social media company or its agent in order to
64 comply with the requirements of this chapter are only retained for the purpose of compliance
65 and may not be used for any other purpose;
66         (g) if the division permits an agent to process verification requirements required by this
67 section, require that the agent have its principal place of business in the United States of
68 America;
69         (h) require other applicable state agencies to comply with any rules promulgated under
70 the authority of this section; and
71         (i) ensure that the rules are consistent with state and federal law, including Title 13,
72 Chapter 61, Utah Consumer Privacy Act.
73         Section 2. Section **13-63-103** is amended to read:
74         **13-63-103. Prohibition on data collection for certain accounts -- Prohibition on**
75 **advertising -- Use of information -- Search results -- Directed content.**
76         Beginning [March] October 1, 2024, a social media company, for a social media
77 platform account held by a Utah minor account holder:
78         (1) shall prohibit direct messaging between the account and any other user that is not
79 linked to the account through friending;
80         (2) may not show the account in search results for any user that is not linked to the
81 account through friending;
82         (3) shall prohibit the display of any advertising in the account;
83         (4) shall not collect or use any personal information from the posts, content, messages,
84 text, or usage activities of the account other than information that is necessary to comply with,
85 and to verify compliance with, state or federal law, which information includes a parent or

114   bypass restrictions on access as required by this section.
115   (5) Notwithstanding any provision of this section, a social media company shall permit
116   a parent or guardian with access to an account under Section 13-63-104 to access the account
117   without time restrictions.
118   Section 5. Section **13-63-301** is amended to read:
119   **13-63-301.  Private right of action.**
120   (1) Beginning [March] October 1, 2024, a person may bring an action against a person
121   that does not comply with a requirement of Part 1, General Requirements.
122   (2) A suit filed under the authority of this section shall be filed in the district court for
123   the district in which a person bringing the action resides.
124   (3) If a court finds that a person has violated a provision of Part 1, General
125   Requirements, the person who brings an action under this section is entitled to:
126   (a) an award of reasonable attorney fees and court costs; and
127   (b) an amount equal to the greater of:
128   (i) $2,500 per each incident of violation; or
129   (ii) actual damages for financial, physical, and emotional harm incurred by the person
130   bringing the action, if the court determines that the harm is a direct consequence of the
131   violation or violations.
132   Section 6. Section **13-63-401** is amended to read:
133   **13-63-401.  Social media platform design regulations -- Enforcement and auditing
134   authority -- Penalties.**
135   (1) Beginning [March] October 1, 2024:
136   (a) the division shall administer and enforce the provisions of this section; and
137   (b) the division may audit the records of a social media company in order to determine
138   compliance with the requirements of this section or to investigate a complaint, including a
139   random sample of a social media company's records and other audit methods.
140   (2) Beginning [March] October 1, 2024, a social media company shall not use a
141   practice, design, or feature on the company's social media platform that the social media

170     (b) passively displaying content that is created entirely by a third party;

171     (c) information or content for which the social media company was not, in whole or in
172 part, responsible for creating or developing; or

173     (d) any conduct by a social media company involving a Utah minor account holder
174 who would otherwise be protected by federal or Utah law.

175     (5) If a court of competent jurisdiction grants judgment or injunctive relief to the
176 division, the court shall award the division:

177     (a) reasonable attorney fees;

178     (b) court costs; and

179     (c) investigative fees.

180     (6) Nothing in this section may be construed to negate or limit a cause of action that
181 may have existed or exists against a social media company under the law as it existed before
182 the effective date of this section.

183     (7) All money received for the payment of a fine or civil penalty imposed under this
184 section shall be deposited into the Consumer Protection Education and Training Fund
185 established in Section 13-2-8.

186     Section 7. Section **13-63-501** is amended to read:

187     **13-63-501. Private right of action for harm to a minor -- Rebuttable presumption**
188 **of harm and causation.**

189     (1) Beginning [March] October 1, 2024, a person may bring an action under this
190 section against a social media company to recover damages incurred after [March] October 1,
191 2024 by a Utah minor account holder for any addiction, financial, physical, or emotional harm
192 suffered as a consequence of using or having an account on the social media company's social
193 media platform.

194     (2) A suit filed under the authority of this section shall be filed in the district court for
195 the district in which the Utah minor account holder resides.

196     (3) Notwithstanding Subsection (4), if a court finds that a Utah minor account holder
197 has been harmed as a consequence of using or having an account on the social media

# Official Signature Sheet for Bills and Resolutions
## State of Utah

_____SB 89_____ was read by title three separate times and passed the Senate on a vote of __25__ yeas __2__ nays and __2__ absent.

Signed on __1/19/2024__

Certified by _____
Secretary of the Senate

_____
President of the Senate
☐ President Pro Tempore

* * * * * * * * * * * * * * * *

_____SB 89_____ was read by title three separate times and passed the House on a vote of __69__ yeas __0__ nays and __6__ absent.

Signed on __1·19·2024__

Certified by _____
Chief Clerk of the House

_____
Speaker of the House
☐ Speaker Pro Tempore

* * * * * * * * * * * * * * * *

Received from the Legislature on __1-19-2024__

Approved on __1-19-2024__

Received from the Governor and filed in the office of the Lieutenant Governor on _____

_____
Governor

_____
Lieutenant Governor