David Wolf (6688)
Lance Sorenson (10684)
Assistant Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: lancesorenson@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah, KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>                        Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AMENDED SCHEDULING ORDER AND TO VACATE HEARING**<br><br>Case No.: 2:23-cv-00911-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

    The Court, having reviewed Defendant's Motion for Amended Briefing Schedule and to Vacate Hearing or, in the alternative, for Scheduling Conference, and for good cause appearing, hereby GRANTS the motion and ORDERS the following:

    The hearing currently scheduled for February 12, 2024 is VACATED;

    The briefing schedule on Plaintiff's Motion for Preliminary Injunction (the "Motion") is amended;

    Defendants' response to Plaintiff's Motion is due:    **April 15, 2024;**

    Plaintiff's Reply is due:    **April 30, 2024**

    A hearing on Plaintiff's Motion shall be held:    _____.

BY THE COURT

_____