DAVID N. WOLF (6688)
LANCE SORENSON (10684)
CARINA WELLS (19112)
DOUGLAS J. CRAPO (14620)
S. MICHAEL GADD (13704)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: dnwolf@agutah.gov
　　　　lancesorenson@agutah.gov
　　　　cwells@agutah.gov
　　　　crapo@agutah.gov
　　　　mgadd@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah, KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>　　　　　　　　　　Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No.: 2:23-cv-00911-DBB-CMR<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Notice is hereby given that Jason N. Dupree, Assistant Utah Attorney General, hereby withdraws as counsel on behalf of Sean D. Reyes and Katherine Hass.  No motion is pending, and no hearing or trial has been set.  The Defendants continue to be represented by David Wolf, Lance Sorenson, Carina Wells, Douglas Crapo, and Michael Gadd.  Therefore, this Notice of Withdrawal will not leave Defendants without representation.

DATED: April 26, 2024.

        THE OFFICE OF THE UTAH ATTORNEY GENERAL

        /s/ *Jason N. Dupree*
        JASON N. DUPREE
        Assistant Utah Attorney General
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this April 26, 2024, I electronically submitted the foregoing, **NOTICE OF WITHDRAWAL OF COUNSEL**, via email to the following:

**Alexis Swartz**
**Jeremy Evan Maltz**
**Joshua P. Morrow**
**Scot A. Keller**
**Steven P. Lehotsky**
**Todd L. Disher**
LEHOTSKY KELLER COHN LLP
alexis@lkcfirm.com
jeremy@lkcfirm.com
josh@lkcfirm.com
scott@lkcfirm.com
steve@lkcfirm.com
todd@lkcfirm.com


**Kade N. Olsen**
**David C. Reymann**
PARR BROWN GEE & LOVELESS
kolsen@parrbrown.com
dreymann@parrbrown.com


*Attorneys for Plaintiffs*

 

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Seth A. Huxford*
SETH A. HUXFORD
*Legal Secretary*