IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NETCHOICE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah; and KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>    Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONSOLIDATE**<br><br>Case No. 2:23-cv-00911-RJS-CMR<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiff NetChoice, LLC and Defendants Sean D. Reyes and Katherine Hass's Joint Motion, pursuant to DUCivR 42-1, to consolidate Case No. 2:24-cv-00031, *Zoulek et al. v. Reyes et al.*, into this case.[1]  The court GRANTS IN PART and DENIES in part the Motion.

The court grants the Motion insofar as the parties request an intra-district transfer of Case No. 2:24-cv-00031, *Zoulek et al. v. Reyes et al.*, from Judge Dale A. Kimball to Chief Judge Robert J. Shelby.[2]  The court denies the parties' request to consolidate the cases under DUCivR 42-1.  The cases will proceed on independent tracks.

Accordingly, the court directs the Clerk of Court to reassign Case No. 2:24-cv-00031, *Zoulek et al. v. Reyes et al.* to Chief Judge Robert J. Shelby.

---

[1] *See* ECF 62, *Stipulation and Joint Motion to Consolidate*.

[2] Judge Kimball consents to this arrangement.

1

DATED this 26th day of June 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge