David Wolf (6688)
Lance Sorenson (10684)
Assistant Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Fifth Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 366-0100
Email: lancesorenson@agutah.gov

*Attorneys for the Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>                              Plaintiff,<br><br> v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah, and KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>                              Defendants. | **JOINT MOTION AND STIPULATION TO EXTEND DEADLINE TO FILE ANSWER**<br><br>Case No: 2:23-cv-00911-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

The parties stipulate and jointly move the Court for an order extending the deadline for

Defendants to file an Answer. The parties agree to meet and confer within two weeks of the

Court's order resolving Plaintiff's pending Motion for Preliminary Injunction and submit a

proposed schedule to the Court.

Respectfully submitted this 27th day of August, 2024.

/s/ *Lance Sorenson*
Lance Sorenson
David Wolf
ASSISTANT UTAH ATTORNEYS GENERAL
*Counsel for the Defendants*

*/s/ Jeremy Maltz*
Jeremy Evan Maltz
Steven P. Lehotsky
LEHOTSKY KELLER COHN LLP

Kade N. Olsen
David C. Reymann
PARR BROWN GEE & LOVELESS
*Counsel for Plaintiff*