IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah, KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>  Defendants. | **ORDER GRANTING STIPULATED MOTION TO SET DEADLINES TO FILE ANSWER AND PROPOSE SCHEDULING ORDER**<br><br>Case No: 2:23-cv-000911-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Set Deadlines to File Answer and Propose Scheduling Order (Motion) (ECF 87), and for good cause appearing, the court hereby **GRANTS** the Motion and **ORDERS** that the deadline for Defendants to File an Answer to Plaintiff's Amended Complaint (ECF 51) is extended to **October 17, 2024**. The parties shall meet and confer and propose a scheduling order to the court no later than **October 31, 2024**.

DATED this 25 September 2024.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah