DAVID N. WOLF (6688)
DOUGLAS CRAPO (13704)
LANCE F. SORENSON (10684)
Assistant Utah Attorneys General
PO Box 140856
Salt Lake City, UT 84114-0856
lancesorenson@agutah.gov
cdsl@agutah.gov
*Counsel for Defendants*

---

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah, and KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>       Defendants. | **DEFENDANTS' NOTICE OF APPEAL**<br><br>Case No. 2:23-cv-00911-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to 28 U.S.C § 1292(a), Defendants Sean D. Reyes and Katherin Hass hereby give notice of their appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum Decision and Order granting Plaintiff's Motion for Preliminary Injunction entered on September 10, 2024.

   DATED: October 10, 2024

       OFFICE OF THE UTAH ATTORNEY GENERAL

       */s/ David Wolf*
       DAVID N. WOLF
       Assistant Utah Attorney General
       *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024, I electronically filed the foregoing, *Defendants'*

*Notice of Appeal,* by using the Court's electronic filing system, which gave notice to the

following:


Alexis Swartz
Jeremy Evan Maltz
Joshua P. Morrow
Scott A. Keller
Steven P. Lehotsky
Todd L. Disher
LEHOTSKY KELLER COHN LLP
alexis@lkcfirm.com
jeremy@lkcfirm.com
josh@lkcfirm.com
scott@lkcfirm.com
steve@lkcfirm.com
todd@lkcfirm.com

Kade N. Olsen
David C. Reymann
PARR BROWN GEE & LOVELESS
kolsen@parrbrown.com
dreymann@parrbrown.com

*Counsel for Plaintiff*



UTAH ATTORNEY GENERAL'S OFFICE


*/s/ Lily Egginton*
LILY EGGINTON
Legal Secretary

1