IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>                               Plaintiff,<br><br>v.<br><br>SEAN D. REYES, in his official capacity as Attorney General of Utah, KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>                               Defendants. | **ORDER GRANTING [92] JOINT MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Case No: 2:23-cv-000911-RJS-CMR<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

      Having considered the parties' Joint Motion to Stay Proceedings Pending Appeal (Motion) (ECF 92), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that further proceedings in this case are stayed pending resolution of the interlocutory appeal in *NetChoice v. Reyes, et al*, No. 24-4100 (10th Cir.). The court directs the parties to meet and confer within two weeks following the issuance of a decision from the Tenth Circuit in the *NetChoice* case and propose a scheduling order to the court, including a new deadline for Defendants to respond to Plaintiffs' Amended Complaint.

      DATED this 18 October 2024.

                                                            Magistrate Judge Cecilia M. Romero
                                                             United States District Court for the District of Utah